UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HAJIME BROWN,<br><br>    Plaintiff,<br><br>    v.<br><br>MANDARICH LAW GROUP, et al.,<br><br>    Defendants. | Case No.  13-cv-04703-JSC<br><br>**ORDER RE: HEARING ON DEFENDANTS' MOTION FOR RELIEF UNDER RULE 60(B)(5) & (6)**<br><br>Re: Dkt. No. 62 |

Defendants' Motion for Relief under Rule 60(b)(5) & (6) is currently scheduled for hearing on February 26, 2015 at 9:00 a.m. in Courtroom F, 450 Golden Gate Ave, San Francisco, California 94102.  (Dkt. No. 62.)  Counsel for each party is directed to appear in person at the hearing.  Counsel for Defendants shall bring a check in the amount of $8,323.62 payable to Plaintiff.  The parties shall promptly advise the Court if the motion is resolved prior to the hearing.

**IT IS SO ORDERED**.

Dated: February 11, 2015

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge