AO 154 (10/03) Substitution of Attorney

## UNITED STATES DISTRICT COURT

___NORTHERN___ District of ___CALIFORNIA___

DAVIDE HAJIME BROWN

        Plaintiff (s),

V.

MANDARICH LAW GROUP, et al

        Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:13-cv-04703-JSC

Notice is hereby given that, subject to approval by the court, ___CACH, LLC & Mandarich Law Group___ substitutes
        (Party (s) Name)

___Lisa M. Herme___, State Bar No. ___283111___ as counsel of record in
(Name of New Attorney)

place of ___Elizabeth G. Sutilan___
        (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Mandarich Law Group, LLP
    Address: 9200 Oakdale Ave, Suite 601, Chatsworth, CA, 91311
    Telephone: (877) 414-0130   Facsimile (818) 888-1260
    E-Mail (Optional): lisah@mandarichlaw.com

I consent to the above substitution.
Date: 2/12/2015
    (Signature of Party (s))

I consent to being substituted.
Date: 2/12/2015
    (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 2/12/2015
    (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: February 13, 2015

**GRANTED**
Judge Jacqueline Scott Corley

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]